1
2
3
4          **FILED**
5          JUL 22 2014
           RICHARD W. WIEKING
6          CLERK, U.S. DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | JOHN KEVIN PARKER, | ) Case No. C 14-2517 PSG (PR) |
| 12 | Petitioner, | ) **ORDER OF TRANSFER** |
| 13 | v. | ) |
| 14 | R. T. C. GROUNDS, | ) |
| 15 | Respondent. | ) |

On June 2, 2014, petitioner, a state prisoner proceeding *pro se*, filed a federal petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. Petitioner seeks habeas relief from his underlying criminal sentence from the Superior Court of Sacramento County, which lies in the Eastern District of California. Venue for a habeas action is proper in either the district of confinement or the district of conviction;[1] however, petitions challenging a conviction or sentence are preferably heard in the district of conviction.[2] Here, the Eastern District of California is the district of conviction. Accordingly, this case is TRANSFERRED to the Eastern District of California.[3]

---

[1] *See* 28 U.S.C. § 2241(d).

[2] *See* Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

[3] *See* 28 U.S.C. § 1404(a).

1 |     IT IS SO ORDERED.

2 | DATED: __7.22.14__

                                        PAUL S. GREWAL
                                        United States Magistrate Judge

Case No. C 14-2517 PSG (PR)
ORDER OF TRANSFER                    2