UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KEVIN PARKER,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>R.T.C. GROUNDS, Warden, et al.,<br><br>　　　　　　Respondents. | No. 2:14-cv-1789 AC P<br><br><br><br>ORDER TO SHOW CAUSE |

　　　　Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 26, 2014, respondent filed a motion to dismiss. ECF No. 14. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within thirty days, why respondent's September 26, 2014 motion to dismiss should not be granted.

DATED: December 22, 2014

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE